35 Cal.Rptr. 449, 387 P.2d 217]

[Crim. No. 7480.   In Bank.   Dec. 11, 1963.]

In re JAMES RONALD RICKS on Habeas Corpus.

James Ronald Ricks, in pro. per., Caryl Warner, under appointment by the Supreme Court, and Barbara Warner for Petitioner.

Stanley Mosk, Attorney General, Doris H. Maier, Assistant Attorney General, and Edsel W. Haws, Deputy Attorney General, for Respondent.

THE COURT.—Respondent's return to the order to show cause concedes that petitioner is entitled to the relief herein requested and the District Court of Appeal, Second Appellate District, Division Two, is directed to recall its remittitur in 2 Crim. 8216, *People* v. *James Ronald Ricks,* vacate its order of dismissal and reinstate the appeal. (*In re Martin,* 58 Cal.2d 133 [23 Cal.Rptr. 167, 373 P.2d 103].)